```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 22997
  DAVID KUNKA
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-9933


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/09/05 and confirmed on 08/11/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   7080.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL   CURRENT MORTG          .00         .00            .00
COUNTRYWIDE HOME LOANS  SECURED                .00         .00            .00
CAPITAL ONE BANK        UNSECURED          1246.49         .00         199.44
CAPITAL ONE BANK        UNSECURED          3679.70         .00         588.75
ECAST SETTLEMENT CORPORA UNSECURED         6218.00         .00         994.88
ECAST SETTLEMENT CORPORA UNSECURED        10368.31         .00        1658.93
ECAST SETTLEMENT CORPORA UNSECURED        13904.27         .00        2224.68
ECAST SETTLEMENT CORPORA UNSECURED         6797.57         .00        1087.61
         Summary of disbursements:
------------------------------------------------------------------------
                     SECURED    PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00     42214.34        .00      42214.34
PRINCIPAL PAID           .00         .00      6754.29        .00       6754.29
INTEREST PAID            .00         .00          .00        .00            .00
TOTAL PAID               .00         .00      6754.29        .00       6754.29
The Debtor's attorney, STUART B HANDELMAN             , was allowed $   2200.00
and was paid $   2200.00   direct and $       .00   through the plan.

The Trustee received $     303.44 .

Refunds to the Debtor totaled $      22.27 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



  Dated: 08/19/08                   /S/
                                GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 22997 DAVID KUNKA